UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JESSICA DAUBENDIEK, et al.,

    Plaintiffs,

v.                                    Case No. 20-1034-HLT

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

    Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 32) to amend the scheduling order. For good cause shown, the scheduling order (ECF No. 20), entered on May 19, 2020, is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| Jointly filed mediation notice, or confidential settlement reports to magistrate judge | **September 11, 2020** |
| Mediation completed | **September 25, 2020** |
| Supplementation of initial disclosures | **40 days before deadline for completion of all discovery** |
| All discovery completed | **November 30, 2020** |
| Experts disclosed by plaintiff | **August 5, 2020** |
| Experts disclosed by defendant | **September 25, 2020** |
| Rebuttal experts disclosed | **October 23, 2020** |
| Physical and mental examinations | **September 11, 2020** |

| | |
|---|---|
| All potentially dispositive motions (e.g., summary judgment) | **January 29, 2021** |
| Motions challenging admissibility of expert testimony | **January 29, 2021** |
| Proposed pretrial order due | **December 7, 2020** |
| Pretrial conference | **December 17, 2020 at 11:00 AM** |

This case remains set for trial on the court's docket beginning on **September 27, 2021 at 9:00 AM.** Unless otherwise ordered, this is not a "special" or "No. 1" trial setting. Therefore, during the month preceding the trial docket setting, counsel should stay in contact with the trial judge's courtroom deputy to determine the day of the docket on which trial of the case actually will begin. The trial setting may be changed only by order of the judge presiding over the trial. The parties and counsel are advised that any future request for extension of deadlines that includes a request to extend the dispositive motion deadline will likely result in a new (i.e., later) trial date.

This amended scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated August 5, 2020, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

2